```
                                                    FILED
                                          UNITED STATES DISTRICT COURT
                                               DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

AUG 2 2 2011

GREGORY C. LANGHAM
                        CLERK

Civil Action No. 11-cv-01813-BNB

RODNEY ALLEN RUMMEL,

    Applicant,

v.

RENE GARCIA, Warden - FPC - Englewood - F.B.O.P.

    Respondent.

___

## ORDER DRAWING CASE

___

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 22nd day of August, 2011.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01813-BNB

Rodney Allen Rummel
Reg. No. 15309-031
FCI Englewood
9595 W Quincy Ave
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on August 22, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk